An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

KB HOME NEVADA INC.,
                    Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ALLAN R. EARL, DISTRICT JUDGE,
                    Respondents,
          and
LIBERTY AT PARADISE COMMUNITY
ASSOCIATION,
                    Real Party in Interest.

No. 65461

**FILED**

JUL 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING WRIT PROCEEDING

Pursuant to the stipulation of the parties, and cause appearing, this writ proceeding is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Allan R. Earl, District Judge
       Pisanelli Bice, PLLC
       Wood, Smith, Henning & Berman, LLP/Las Vegas
       Angius & Terry LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-20281